# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lindsay, Colin H. | U.S. District Court, Western District of Kentucky | 6/2/2020 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge, full-time

**5a. Report Type** (check appropriate type)

☐ Nomination    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2019
**to**
12/31/2019

**7. Chambers or Office Address**

601 W. Broadway
Louisville, KY
40202

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 6/2/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    529 # 1 (H) | | | | | | | | | |
| 2.    Alliance Bernstein CollegeBoundfund 529 | | None | J | T | Distributed (part) | 01/15/19 | J | | |
| 3. | | | | | Distributed (part) | 03/11/19 | J | | |
| 4. | | | | | Distributed (part) | 06/20/19 | J | | |
| 5. | | | | | Distributed (part) | 08/12/19 | J | | |
| 6. | | | | | Distributed (part) | 12/26/19 | J | | |
| 7.    IRA # 1 (H) | | | | | | | | | |
| 8.    American Funds Capital Income Builders Fund | C | Dividend | L | T | Buy (add'l) | 01/25/19 | K | | |
| 9. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 10. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 11. | | | | | Sold (part) | 10/14/19 | J | A | |
| 12. | | | | | Sold (part) | 10/25/19 | J | A | |
| 13.    American Funds New World Fund | B | Dividend | K | T | Buy (add'l) | 01/25/19 | J | | |
| 14. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 15. | | | | | Sold (part) | 07/25/19 | J | A | |
| 16. | | | | | Sold (part) | 10/14/19 | J | A | |
| 17. | | | | | Sold (part) | 10/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds The Growth Fund of America | C | Dividend | K | T | Buy (add'l) | 01/25/19 | J | | |
| 19. | | | | | Sold (part) | 04/25/19 | J | A | |
| 20. | | | | | Sold (part) | 07/25/19 | J | A | |
| 21. | | | | | Sold (part) | 10/14/19 | J | A | |
| 22. | | | | | Sold (part) | 10/25/19 | J | A | |
| 23. AQR Managed Funds Strategy Funds | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 24. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 25. | | | | | Sold (part) | 07/25/19 | J | | |
| 26. | | | | | Sold (part) | 10/14/19 | J | | |
| 27. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 28. Charles Schwab Money Market Account | A | Interest | K | T | | | | | |
| 29. Calvert Global Energy Fund | A | Dividend | J | T | Sold (part) | 01/25/19 | J | | |
| 30. | | | | | Sold (part) | 04/25/19 | J | | |
| 31. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 32. | | | | | Sold (part) | 10/14/19 | J | | |
| 33. | | | | | Sold (part) | 10/25/19 | J | | |
| 34. Cohen & Steers Realty Fund (X) | A | Dividend | | | Buy (add'l) | 01/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 04/25/19 | J | | |
| 36. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 37. | | | | | Sold (part) | 10/14/19 | J | | |
| 38. | | | | | Sold | 10/25/19 | J | B | |
| 39. Davis New York Venture Fund (X) | | None | | | Sold | 01/25/19 | K | | |
| 40. Deleware Diversified Income Fund | A | Dividend | K | T | Buy (add'l) | 01/25/19 | J | | |
| 41. | | | | | Sold (part) | 04/25/19 | J | | |
| 42. | | | | | Sold (part) | 07/25/19 | J | | |
| 43. | | | | | Sold (part) | 10/14/19 | J | A | |
| 44. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 45. Diamond Hill Long Short Fund | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 46. | | | | | Sold (part) | 04/25/19 | J | A | |
| 47. | | | | | Sold (part) | 07/25/19 | J | A | |
| 48. | | | | | Sold (part) | 10/14/19 | J | A | |
| 49. Eaton Vance Floating Rate Fund | A | Dividend | K | T | Sold (part) | 01/25/19 | J | A | |
| 50. | | | | | Sold (part) | 04/25/19 | J | A | |
| 51. | | | | | Sold (part) | 07/25/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 53. | | | | | Sold<br>(part) | 10/25/19 | J | | |
| 54.　Fidelity Advisor Materials Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 55. | | | | | Sold<br>(part) | 04/25/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 57. | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 58.　Fidelity MSCI Health Care Index ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 61. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 62. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 63.　First Eagle Overseas Fund | B | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 65. | | | | | Sold<br>(part) | 07/25/19 | J | A | |
| 66. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 67.　IShares Convertible Bond | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 68. | | | | | Sold<br>(part) | 07/25/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 70. | iShares Global REIT ETF | A | Dividend | K | T | Buy | 10/25/19 | K | | |
| 71. | IShares Total USD Bond Market ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 73. | | | | | | Sold<br>(part) | 07/25/19 | J | A | |
| 74. | | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 75. | | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 76. | Oppenheimer Developing Markets Fund | B | Dividend | K | T | Buy<br>(add'l) | 07/25/19 | J | | |
| 77. | | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 78. | | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 79. | PIMCO Commodity Real Return Strategy Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 82. | | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 83. | | | | | | Sold<br>(part) | 10/25/19 | J | | |
| 84. | ROYCE Opportunity Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 85. | | | | | | Sold<br>(part) | 04/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lindsay, Colin H. | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 87. | | | | | Sold (part) | 10/14/19 | J | | |
| 88. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 89. Segall, Bryant & Hamill Plus Bond (FKA Westcore Plus Bond Fund) | A | Dividend | K | T | Buy (add'l) | 01/25/19 | J | | |
| 90. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 91. | | | | | Sold (part) | 07/25/19 | J | | |
| 92. | | | | | Sold (part) | 10/14/19 | J | A | |
| 93. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 94. Templeton Global Bond Fund (FKA Franklin Templeton Global Bond Fund) | B | Dividend | K | T | Sold (part) | 01/25/19 | J | | |
| 95. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 96. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 97. | | | | | Sold (part) | 10/14/19 | J | | |
| 98. | | | | | Sold (part) | 10/25/19 | J | | |
| 99. Vaguard Developing Markets Fund | B | Dividend | K | T | Buy (add'l) | 01/25/19 | J | | |
| 100. | | | | | Sold (part) | 04/25/19 | J | A | |
| 101. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 102. | | | | | Sold (part) | 10/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 104. Vanguard Inflation Protected SECS ADM SHR | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 106. | | | | | Sold<br>(part) | 07/25/19 | J | A | |
| 107. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 108. Vanguard Mid Cap ETF | A | Dividend | L | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 109. | | | | | Sold<br>(part) | 04/25/19 | J | A | |
| 110. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 111. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 112. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 113. VOYA International Real Estate Fund (X) | A | Dividend | | | Sold<br>(part) | 01/25/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 115. | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 116. | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 117. | | | | | Sold | 10/25/19 | J | | |
| 118. Wasatch Small Cap Growth Fund | B | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 119. | | | | | Sold<br>(part) | 04/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/25/19 | J | A | |
| 121. | | | | | Buy (add'l) | 10/14/19 | J | | |
| 122. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 123.  IRA # 2 (H) | | | | | | | | | |
| 124.  American Funds Capital Income Builder | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 125. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 126.  American Funds New World Fund | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 127. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 128. | | | | | Sold (part) | 07/25/19 | J | A | |
| 129.  American Funds The Growth Fund of America | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 130. | | | | | Sold (part) | 04/25/19 | J | A | |
| 131.  AQR Managed Future Strategy Fund | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 132. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 133. | | | | | Sold (part) | 07/25/19 | J | | |
| 134. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 135.  Calvert Global Energy Fund | A | Dividend | J | T | Sold (part) | 01/25/19 | J | A | |
| 136. | | | | | Sold (part) | 04/25/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 138. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 139. Charles Schwab Money Market Account | A | Interest | J | T | | | | | |
| 140. Cohen & Steers Realty Fund | A | Dividend | J | T | Sold<br>(part) | 10/25/19 | J | A | |
| 141. Davis New York Venture Fund (X) | | None | | | Sold | 01/25/19 | J | | |
| 142. Diamond Hill Long Short Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 143. | | | | | Sold<br>(part) | 07/25/19 | J | A | |
| 144. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | | |
| 145. Fidelity Advisor Materials Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 147. Fidelity MSCI Health Care Index ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 148. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 149. | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 150. First Eagle Overseas Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 152. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 153. | | | | | Sold<br>(part) | 10/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares Convertible Bond ETF | A | Dividend | J | T | Sold (part) | 04/25/19 | J | A | |
| 155. iShares Global REIT ETF | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 156. IShares Total USD Bond Market ETF | A | Dividend | J | T | Buy (add'l) | 04/25/19 | J | | |
| 157. Invesco Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 158. | | | | | Sold (part) | 04/25/19 | J | A | |
| 159. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 160. PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 161. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 162. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 163. ROYCE Opportunity Fund | A | Dividend | J | T | Buy (add'l) | 01/25/19 | J | | |
| 164. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 165. | | | | | Sold (part) | 10/25/19 | J | | |
| 166. Templeton Global Bond Fund (FKA Franklin Templeton Global Bond Fund) | A | Dividend | J | T | Sold (part) | 01/25/19 | J | | |
| 167. | | | | | Sold (part) | 04/25/19 | J | | |
| 168. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 169. | | | | | Sold (part) | 10/25/19 | J | | |
| 170. Vanguard Developing Markets Fund | A | Dividend | J | T | Buy (add'l) | 04/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 172. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 173. Vanguard Midcap ETF | A | Dividend | J | T | Sold<br>(part) | 04/25/19 | J | A | |
| 174. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 176. VOYA International Real Estate Fund (X) | A | Dividend | | | Sold<br>(part) | 01/25/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 178. | | | | | Sold<br>(part) | 07/25/19 | J | A | |
| 179. | | | | | Sold | 10/25/19 | J | A | |
| 180. Wasatch Small Cap Growth Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 181. | | | | | Sold<br>(part) | 04/25/19 | J | | |
| 182. | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 6/2/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colin H. Lindsay**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544